UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REPUBLIC OF GUATEMALA,** ) ) | |
| Petitioner, ) ) | |
| v. ) ) | **Civil Case No.** |
| **IC POWER ASIA DEVELOPMENT LTD.,** ) ) | |
| Respondent. ) ) | |

## [PROPOSED] ORDER AND JUDGMENT

THIS CAUSE came before the Court on the Petition to Recognize Arbitration Award ("Petition") filed by Petitioner Republic of Guatemala ("Guatemala") to recognize an award entered in favor of Republic of Guatemala and against IC Power Asia Development Ltd. ("IC Power Asia") in *IC Power Asia Development Ltd. v. Republic of Guatemala*, PCA Case No. 2019-43, on October 7, 2020 ("Award"). Upon consideration of the Petition and the record therein, it is hereby

ORDERED that the Award is recognized in its entirety;

ORDERED that judgment is entered in favor of Guatemala in the amount of US$ 1,803,042.61, plus pre-judgment and post-judgment interest; and

ORDERED that Guatmala shall submit its petition for costs and attorneys' fees of this civil proceeding within 14 days of the issuance of this Order and Judgment, and that IC Power Asia ("ICPA") submit its response to Guatemala's cost submission within 14 days.

2

For which let execution issue forthwith

              ORDERED this _____ day of _____, 2022

              _____
              UNITED STATES DISTRICT JUDGE