# EXHIBIT 2

C-006

**JACK SMITH**

ADVOCATE & NOTARY

45 Rothschild Blvd
Tel-Aviv 65784
P.O.B. 29141
Telephone 03-7109191
FAX: 03-5606555

No. 03/16

ג׳ק סמית

עורך דין ונוטריון

שדרות רוטשילד 45
תל־אביב 65784
ת״ד 29141
טלפון : 03-7019191
פקס : 03-560555

מס׳ 03/16

<u>CERTIFICATION OF TRANSLATION</u>

I the undersigned Jack Smith, Notary at
Tel-Aviv-Yaffo hereby declare that I am
~~well~~ acquainted with the Hebrew and
~~English~~ languages and that the attached
~~document~~ to this certificate marked "A", is
~~accurate~~ English translation of the
~~document~~ drawn up in the Hebrew
L~~anguage~~ which has been produced to me
and ~~which~~ a photocopy is attached
hereto ~~marked~~ "B".

In witness ~~thereof~~ I hereby certify the
correctness ~~of the~~ said translation by my
seal and signature.

This day of: 4ᵗʰ April 16

Fees: Legal Fees – 433
(including V.A.T.) will be ~~collected~~ later.

JACK SMITH
NOTARY

<u>אישור תרגום</u>

אני, החתום מטה, ג׳ק סמית, נוטריון בתל-אביב-
יפו, מצהיר בזה כי אני שולט היטב בשפות
העברית והאנגלית וכי המסמך המצורף לאישור
זה ותמסומן ״א״ הוא תרגום מדויק לאנגלית של
המסמך המקורי הערוך בשפה העברית שהוצג
לפני ואשר העתק צילומי שלו מצורף גם הוא
לאישורי זה ומסומן ״ב״.

ולראיה אני מאשר את דיוק התרגום האמור
בחתימת ידי ובחותמי.

היום : 4 באפריל, 2016

שכר : שכר טרחה 433 שיח (כולל מעיימ) יגבה.

ג׳ק סמית
נוטריון

**C-006**

[Emblem of the          State of Israel          [Emblem of the
Corporations Authority]   Ministry of Justice - The Corporations Authority    State of Israel]
                          The Companies and Partnerships Registrar

# <u>Certificate of Company Name Change</u>

This is to certify that the company:

## I.C. POWER LTD

(Name appearing in Hebrew and in English)

**Whose number is 514374982**

has changed its name and shall be called hereafter

## I.C. POWER ASIA DEVELOPMENT LTD

(Name appearing in Hebrew and in English)

**Granted in Jerusalem on:**                          [Round seal of the
28/03/2016                                            Ministry of Justice
18 Adar II 5776                                       The Companies and
                                                      Partnerships Registrar]

                              Eyal Globus, Adv.
                              The Companies and Partnerships Registrar
Executed by Yehuda Katz, Adv.   Head of the Corporations Authority
                                      (-)

**C-006**





מדינת ישראל

משרד המשפטים - רשות התאגידים

רשם החברות והשותפויות

# <u>תעודת שינוי שם של חברה</u>

וזאת לתעודה כי החברה

# איי. סי. פאואר בע"מ

## I.C. POWER LTD

**שמספרה 514374982**

שינתה את שמה ומעתה תקרא בשם

# איי. סי. פאואר אסיה פיתוח
# בע"מ

## I.C. POWER ASIA DEVELOPMENT LTD



ניתנה בירושלים ביום:

28/03/2016
י"ח אדר ב' תשע"ו

אייל גלובוס, עו"ד
רשם החברות והשותפויות
ראש רשות התאגידים

בוצע על ידי יהודה כץ, עו"ד

C-006

**JACK SMITH**

**ADVOCATE & NOTARY**

45 Rothschild Blvd
Tel-Aviv 65784
P.O.B. 29141
Telephone 03-7109191
FAX: 03-5606555

No. 01/16

## CERTIFICATION OF TRANSLATION

I the undersigned Jack Smith, Notary at
Tel-Aviv-Yaffo hereby declare that I am
well acquainted with the Hebrew and
English languages and that the attached
document to this certificate marked "A", is
an accurate English translation of the
original document drawn up in the Hebrew
Language, which has been produced to me
and of which a photocopy is attached
hereto and marked "B".

In witness whereof I hereby certify the
correctness of the said translation by my
seal and signature.

This day of: 4 February, 2016

Fees: Legal Fees –241 NIS
(including V.A.T.) will be collected later.

JACK SMITH
NOTARY

ג'ק סמית

עורך דין ונוטריון

שדרות רוטשילד 45
תל–אביב 65784
ת״ד 29141
טלפון : 03-7019191
פקס : 03-560555

מס׳ 01/16

## אישור תרגום

אני, החתום מטה, ג'ק סמית, נוטריון בתל-אביב-
יפו, מצהיר בזה כי אני שולט היטב בשפות
העברית והאנגלית וכי המסמך המצורף לאישור
זה והמסומן ״א״ הוא תרגום מדויק לאנגלית של
המסמך המקורי הערוך בשפה העברית שהוצג
לפני ואשר העתק צילומי שלו מצורף גם הוא
לאישורי זה ומסומן ״ב״.

ול.אני מאשר את דיוק התרגום האמור
בחת..ז ובחותמי.

היום : 4 ב. .. 2016

שכר : שכר טו... ש״ח (כולל מע״מ) יגבה.

ג'ק סמית
נוטריון

**C-006**

By virtue of my appointment under

Section 45 (a) of the Notaries Law,

5736-1976, I Hereby authenticate

the seal and signature.

Of _J. Smith_ Notary,

affixed to the document appearing

Above / overleaf / attached hereto

בתוקף מינויי לפי סעיף 45(א) לחוק

הנוטריונים התשל"ו – 1976,

אני מאמת בזה את החותם והחתימה

של ‏_ש.סמית_‏ נוטריון,

שנחתמו במסמך המופיע לעיל /

מעבר לדף / המצורף לזה.

---

CERTIFIED HEREBY THAT
THE SEAL AND
SIGNATURE APPEARING
ABOVE/OVERLEAF ARE
THE SEAL OF THE
MINISTRY OF

הנהלת בתי משפט
**MAGISTRATE'S COURT**

ניתן בזה אישור כי החותם
והחתימה מופיעים
לעיל/מעבר לדף הם חותם משרד

AND THE SIGNATURE OF
MR/MS

באסל אתי
**BASEL ETI**

וחתימת ידלה של מר/ת

MINISTRY OF FOREIGN
AFFAIRS
JERUSALEM

משרד החוץ ירושלים

NO. 984828

מס' 984828

15/2/2016

SIGNATURE

תאריך

חתימה

"Å"

**C-006**

## Certificate of Incorporation of a Company

This is a certification that

---

### I.C. Power LTD

---

**Was incorporated and registered in accordance with the Companies Law as a limited liability company**

13/01/2010
27 Tevet 5770

**Company number  514374982**

Yehuda Katz, Adv.
On behalf of the Registrar of Companies

"B"

**C-006**

# תעודת התאגדות של חברה

זאת התעודה כי

## איי. סי. פאואר בע"מ

## I.C. POWER LTD

נתאגדה ונרשמה על פי חוק תחברות כחברה בערבון מוגבל

13/01/2010
כ"ז טבת תש"ע

מס' חברה 514374982

יהודה כ"ץ, עו"ד
כ/רשם החברות