UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2022
```

REPUBLIC OF GUATEMALA,

                Petitioner,

-against-

IC POWER ASIA DEVELOPMENT LTD.,

                Defendants.

No. 1:22-cv-00394 (CM)

## ORDER

McMahon, J.:

Petitioner, the Republic of Guatemala, has filed two motions (Dkt. Nos. 4, 7) to file certain documents accompanying its Petition for Recognition of an Arbitration Award ("Petition") under seal. These documents are Exhibits 4, 5, 7, 9, 11, 12, and 13. The Court will permit The Republic of Guatemala to file the requested documents under seal temporarily, while it considers the motion. This temporary ruling does not indicate any view that the motion should or will be granted.

Dated: January 19, 2022

                                                /s/ Colleen McMahon
                                                U.S.D.J.

BY ECF TO ALL COUNSEL