UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/22
```

REPUBLIC OF GUATEMALA,

                Petitioner,

-against-

IC POWER ASIA DEVELOPMENT LTD.,

                Defendants.

No. 1:22-cv-00394 (CM)

## ORDER LIFTING TEMPORARY SEALING ORDER

McMahon, J.:

On January 19, 2022, the Court temporarily granted Petitioner's two motions to seal certain documents filed with the court in connection with the Republic of Guatemala's petition to confirm an arbitration award, pending adjudication of the sealing motions. (*See* Dkt. No. 9).

On January 24, 2022, the Court entered an order in which I found that Petitioner had failed to make a showing of why any of the more than 600 pages sought to be sealed was in fact sealable in light of the presumption of public access. In that order I directed Petitioner to identify within 10 business days the specific portions any document(s) it wished to keep under seal and explain why the presumption of public access was overcome in the case of that specific information. (*See* Dkt. No. 13). The Court informed Petitioner that the temporary sealing order would be lifted absent any such showing.

More than ten business days have elapsed, and Petitioner has not accepted the court's invitation to establish, with specificity, why any document or portion of any document that has been filed in this case should remain sealed. That being so, the temporary sealing order that was

entered on January 19 is lifted and the Clerk of Court is directed to unseal Docket Numbers 4 and 7.

Dated: February 22, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL