UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPUBLIC OF GUATEMALA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Case No. 1:22-cv-00394 (CM) |
| ) | |
| IC POWER ASIA DEVELOPMENT LTD., ) | |
| ) | |
| Respondent. ) | |

## [PROPOSED] DEFAULT JUDGMENT

This action having been commenced on January 14, 2022, by the filing of the Summons and Petition to Recognize Arbitration Award ("Petition"), and a copy of the Summons and Petition having been served on Respondent, IC Power Asia development Ltd. ("ICPA"), on September 5, 2022, through a mail delivery of these documents on ICPA's agent, Gornitzky & Co, and a proof of service having been filed on September 7, 2022, and ICPA having not answered the Petition, and the time for answering the Petition having expired, it is,

ORDERED, ADJUDGED, AND DECREED: That the Petitioner have judgment against ICPA in the liquidated amount of $ 1,803,042.61 plus pre-judgment interest calculated 9% per annum in the amount of $357,002.44 and post-judgment interest at the rate specified in 28 U.S.C.A. § 1961.

ORDERED, ADJUDGED, AND DECREED: That Petitioner's request to submit its motion for costs and attorneys' fees of this civil proceeding within 14 days of the issuance of this Order and Judgment is granted.

Dated: 12/20/2022

_____
UNITED STATES DISTRICT JUDGE