UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REPUBLIC OF GUATEMALA, )
)
Petitioner, )
)
v. ) Civil Case No. 1:22-cv-00394 (CM)
)
IC POWER ASIA DEVELOPMENT LTD., )
)
Respondent. )

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/27/2023*

*Motion for attorneys' fees is Granted. Petitioner to submit order for the Court's signature.*

*[signature] Colleen McMahon*
*3/27/2023*

MEMO ENDORSED

### NOTICE OF GUATEMALA'S MOTION FOR ATTORNEY'S FEES AND COSTS

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law, dated January 3, 2022, the accompanying Declaration of Quinn Smith, Esq., dated January 3, 2022, together with the exhibits identified therein and attached thereto, and all prior pleadings, papers and proceedings had, the Republic of Guatemala ("Guatemala"), by and through its undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 1007, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Civil Rule 54.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, awarding reasonable attorney's fees and expenses accrued by Guatemala in connection with this action between Guatemala and Respondent, IC Power Asia Development Ltd. ("ICPA").

Dated: January 3, 2022

Respectfully submitted,

/s/   *Quinn Smith*
**GST LLP**

1

Quinn Smith
Fla Bar. 59523
Admitted *pro hac vice*
quinn.smith@gstllp.com
Katherine Sanoja
Fla. Bar. 99137
Admitted *pro hac vice*
katherine.sanoja@gstllp.com
1111 Brickell Avenue
Suite 2715
Tel. (305) 856-7723

Bethel Kassa
Bar No. 5645650
bethel.kassa@gstllp.com
2600 Virginia Avenue, Suite 205
Washington D.C., 20037

## CERTIFICATE OF SERVICE

I hereby certify that Guatemala will serve a copy of the Notice of Motion for Attorney's Fees and Costs on ICPA in the same manner as prescribed for service of process under Fed. R. Civ. P.4(e)(1). Service on ICPA will be made by delivering a copy to ICPA's last known address in Israel.

By: /s/ Quinn Smith
Quinn Smith