UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPUBLIC OF GUATEMALA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Case No. 1:22-cv-00394 (CM) |
| ) | |
| IC POWER ASIA DEVELOPMENT LTD., ) | |
| ) | |
| Respondent. ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2023

## MOTION TO APPEAR TELEPHONICALLY

The petitioner, Republic of Guatemala ("Guatemala"), moves this Court for an order permitting its counsel to appear telephonically, and in support states as follows:

1. On June 26, 2023, this Court ordered the parties to appear for a show cause hearing on July 20, 2023. D.E. 64.

2. The respondent, IC Power Asia Development Ltd. ("ICPA"), despite being duly served, has never entered an appearance.

3. Guatemala has dutifully notified ICPA of every procedural step in this matter, but it has never received any indication that ICPA will respond to the Order to Show Cause or send a representative to the hearing scheduled for July 20.

4. ICPA has raised no defense to Guatemala's Motion to Compel (D.E. 52).

5. While counsel is prepared to appear personally, the costs of such appearance would seem to outweigh the benefit when ICPA has demonstrated no intent to comply with discovery or appear in any fashion.

*7/17/2023 — No — I am no longer holding hearings telephonically.*

1

For the foregoing reasons, Guatemala respectfully requests that its counsel be allowed to appear telephonically at the hearing scheduled for June 20.

        Respectfully submitted,

/s/   *Quinn Smith*
**GST LLP**
Quinn Smith
Fla Bar. 59523
Admitted *pro hac vice*
quinn.smith@gstllp.com
Katherine Sanoja
Fla. Bar. 99137
Admitted *pro hac vice*
katherine.sanoja@gstllp.com

1111 Brickell Avenue
Suite 2715
Tel. (305) 856-7723

Bethel Kassa
Bar No. 5645650
bethel.kassa@gstllp.com
2600 Virginia Avenue, Suite 205
Washington D.C., 20037

2

**CERTIFICATE OF SERVICE**

I hereby certify that Guatemala will serve a copy of the Notice of Motion for Attorney's Fees and Costs on ICPA in the same manner as prescribed for service of process under Fed. R. Civ. P.4(e)(1). Service on ICPA will be made by delivering a copy to ICPA's last known address in Israel and my email to its agents in Israel.

By: /s/ *Quinn Smith*
Quinn Smith